## GERMAN-AMERICAN INS. CO. v. NEWBORN.

No. 3417.    Opinion Filed November 10, 1914.

(144 Pac. 356.)

**APPEAL AND ERROR**—Presentation for Review—Refusal to Retax Costs. The ruling of a trial court on motion to retax costs cannot be reviewed by the Supreme Court unless made a part of the record by bill of exceptions or case-made.

(Syllabus by the Court.)

*Error from District Court, Garvin County;*
*R. McMillan, Judge.*

Action between the German-American Insurance Company and T. H. Newborn. From a refusal to retax costs, the insurance company brings error. Dismissed.

*Stringer & McQueen,* for plaintiff in error.

*J. B. Thompson,* for defendant in error.

BLEAKMORE, J. This is an appeal from an order of the district court of Garvin county overruling a motion of plaintiff in error to retax costs. Attached to the petition in error is a purported transcript of the record. There is neither bill of exceptions nor case-made. The ruling of a trial court on motion will not be reviewed here unless made a part of the record by bill of exceptions or case-made. *Bruner et al. v. Kansas Moline Plow Co.,* 24 Okla. 158, 103 Pac. 673; *Cable v. Myers, ante,* 142 Pac. 1114.

The proceeding in error is therefore dismissed.

All the Justices concur.